THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN GOGGIN and JOSEPH MURPHY, Appellants.

Submitted May 19, 1939; decided June 21, 1939.

*Robert McGowan Smith* for appellants.

*Frank H. Innes, District Attorney (Thomas K. Hall* of counsel), for respondent.

As to each defendant: Judgment affirmed. No opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS and RIPPEY, JJ.; LEHMAN, LOUGHRAN and FINCH, JJ., dissent on the ground section 450 of the Code of Criminal Procedure was not complied with.